United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Sara Lewis and James Lewis, as trustees on behalf of the James and Sara Lewis Trust U/A 05/11/18, derivatively on behalf of Nominal Defendant, Nextera Energy, Inc., Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 23-61974-Civ-Scola |
| John W. Ketchum, et al., Defendants | ) ) | |
| and | ) ) | |
| Nextera Energy, Inc., Nominal Defendant. | ) ) | |
| Amy Lamborn, derivatively on behalf of Nominal Defendant, Nextera Energy, Inc., Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 23-81471-Civ-Scola |
| John W. Ketchum, et al., Defendants | ) ) | |
| and | ) ) | |
| Nextera Energy, Inc., Nominal Defendant. | ) ) | |

**Order Granting Joint Motion to Stay Proceedings**

This matter is before the Court upon the joint motion to stay proceedings filed by the Plaintiffs Sara Lewis and James Lewis, as trustees on behalf of the James and Sara Lewis Trust U/A 05/11/18 ("Lewis") and Amy Lamborn ("Lamborn") (collectively, "Plaintiffs"), and Defendants John W. Ketchum, James Robo, Eric Silagy, David P. Reuter, Nicole S. Arnaboldi, Sherry S. Barrat, James L. Camaren, Kenneth B. Dunn, Naren Gursahaney, Kirk S. Hachigian, Amy B. Lane, David Porges, John A. Stall, Darryl L. Wilson, Rudy E. Schupp, John L. Skolds, and Lynn M. Utter (collectively, the "Individual Defendants"), and nominal defendant NextEra Energy, Inc. ("NextEra," together with the Individual Defendants, "Defendants") (together with Plaintiffs, the "Parties"). The Court, having reviewed the motion, the record, and the relevant

legal authorities, finds good cause to **grant** the motion.  (**Mot., ECF No. 16**.)
Accordingly, the Court **orders and adjudges** as follows:

1. The case is hereby **stayed** until the earlier of (i) an announcement that the parties in *Jastram* v. *NextEra Energy, Inc., et al.*, No. 9:23-cv-80833-AMC, currently pending before the Southern District of Florida (the "Securities Class Action"), have reached a settlement; (ii) final dismissal of all claims in the Securities Class Action with prejudice; or (iii) for good cause shown upon an application to lift the stay by both parties.

2. Upon the occurrence of (i) or (ii), in the foregoing paragraph, the Parties **must file** a notice within (14) days, informing the Court as to the outcome of the Securities Class Action. Upon the occurrence of (iii), the Parties **must file** a joint proposed scheduling order within thirty (30) days following dissolution of the stay order.

3. The Clerk of Court is **directed to** administratively close this case. All future hearings are **cancelled** and all future deadlines, including any obligations by the Defendants to respond to any pleading in this case, are **vacated**.

**Done and ordered**, in Miami, Florida, on January 23, 2024.

Robert N. Scola, Jr.
United States District Judge