## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SARA LEWIS and JAMES LEWIS, as trustees on behalf of the James and Sara Lewis Trust U/A 05/11/18, derivatively on behalf of Nominal Defendant, NEXTERA ENERGY, INC., | Case No. 0:23-cv-61974-RNS |
| Plaintiff, | |
| v. | |
| JOHN W. KETCHUM, et al., | |
| Defendants, | |
| NEXTERA ENERGY, INC., | |
| Nominal Defendant. | |
| AMY LAMBORN, derivatively on behalf of Nominal Defendant, NEXTERA ENERGY, INC., | Case No. 9:23-cv-81471-RNS |
| Plaintiff, | |
| v. | |
| JOHN W. KETCHUM, et al., | |
| Defendants, | |
| NEXTERA ENERGY, INC., | |
| Nominal Defendant. | |

### PLAINTIFF AMY LAMBORN'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Amy Lamborn hereby voluntarily dismisses the claims in the above-captioned consolidated action (the "Action") without prejudice.  Defendants have filed neither an

answer nor a motion for summary judgment in the Action. Thus, Plaintiff Amy Lamborn respectfully submits that this Notice is effective to dismiss her claims in the Action. The continuation of this Action by Plaintiffs Sara Lewis and James Lewis, as trustees on behalf of the James and Sara Lewis Trust U/A 05/11/18, further mitigates any possibility of prejudice from the dismissal of Plaintiff Amy Lamborn.

Dated: February 8, 2026

Respectfully submitted,

**STEINLAW FLORIDA, PLLC**

By: */s/ Jonathan M. Stein*
Jonathan M. Stein (Fla. Bar No. 9784)
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
(561) 834-2699
Jon@SteinLawFlorida.com

*Attorney for Plaintiffs*

**MORRIS KANDINOV LLP**
Leonid Kandinov (*pro hac*)
Aaron T. Morris (*pro hac*)
550 West B Street, 4th Floor
San Diego, CA 92101
(619) 780-3993
aaron@moka.law
leo@moka.law

*Attorneys for Plaintiffs*